# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL WEBSTER,<br><br>                    Plaintiff,<br><br>   v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>                    Defendants. | 3:20-cv-00070-ART-CSD<br><br>**ORDER** |

It has come to the court's attention that the Order filed on May 23, 2022 (ECF No. 38) contains a typographical error.  The court's order is corrected on page 4, line 10 as follows:

> On or before **June 7, 2022**, Plaintiff shall file a notice advising the court only if he has **not** received NaphCare's supplemental responses and the CCDC records. If Plaintiff has received these documents, he need not submit a filing. In addition, on or before **June 7, 2022**, NaphCare shall advise the court whether it has received production of Plaintiff's medical records from UMC and NDOC, and if so, whether and when they were produced to Plaintiff. If it has not received the records from UMC and NDOC, NaphCare shall set forth what steps it has undertaken to determine the status of the production of the documents from NDOC and UMC and provide an estimate of when the documents will be produced.

**IT IS SO ORDERED.**

DATED:  May 24, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1