UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL WEBSTER,<br><br>                                    Plaintiff,<br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>                                    Defendants. | 3:20-cv-00070-ART-CSD<br><br>**ORDER** |

Before the court are Plaintiff's Notices Regarding Non-Receipt of Documents (ECF Nos. 48, 49). Defendant has responded to Plaintiff's Notices stating that the CCDC and NDOC records have been sent to Plaintiff at Northern Nevada Correctional Center. (ECF No. 50.)

**IT IS HEREBY ORDERED** that the Courtroom Administrator shall calendar a hearing as soon as the court's calendar will accommodate it.

**IT IS FURTHER ORDERED** that, in preparation for the hearing, Plaintiff shall kite the Warden's office to request the opportunity to review the medical records which were sent to Northern Nevada Correctional Center by Defendant Naphcare.

DATED: June 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1