# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL WEBSTER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>　　　　　　　　　Defendants. | 3:20-cv-00070-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 67 |

Before the court is Defendant's Motion for Leave to Take Deposition of Plaintiff Confined in Prison (ECF No. 67). Defendant requests leave of court to take the deposition of Plaintiff who is currently incarcerated at the Northern Nevada Correctional Center in Carson City, Nevada.

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Take Deposition of Plaintiff Confined in Prison (ECF No. 67) is **GRANTED**. Defendant shall coordinate the deposition of Plaintiff with officials at the Northern Nevada Correctional Center.

DATED: September 7, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1