UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL WEBSTER,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>                    Defendants. | 3:20-cv-00070-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 73 |

Before the court is Plaintiff's motion for court order allowing Plaintiff to have his medical records in his cell (ECF No. 73).

Plaintiff states he can review his medical records once per week for approximately one (1) hour which makes it difficult to prepare a proper defense in this case.  Plaintiff requests he be allowed to keep his medical records from University Medical Center, Clark County Detention Center, and Nevada Department of Corrections in his cell.

Pursuant to Nevada Department of Corrections Administrative Regulation 639 (revised on July 27, 2021), an inmate is prohibited from possessing any portion of their medical file on their person, in their cell, or on the yard.

**IT IS HEREBY ORDERED** that Plaintiff's motion for court order allowing Plaintiff to have his medical records in his cell (ECF No. 73) is **DENIED**.

DATED:  November 2, 2022.

_____
UNITED STATES MAGISTRATE JUDGE